UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON TETREAULT,

        Plaintiff,

v.                                                      Case No.12-CV-13692
                                                     Honorable Denise Page Hood

AVIS BUDGET CAR RENTAL, LLC and
BUDGET RENT A CAR SYSTEMS, INC.,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S APPLICATION TO RELIEVE PLAINTIFF FROM SPECIFYING LOCAL COUNSEL

      Now before the Court is Plaintiff's application for relief from E.D. Mich. L.R. 83.20(f).

Local Rule 83.20(f)(1) provides:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

Plaintiff's counsel is a member of the Florida bar and numerous federal district courts. He is lead counsel for various other related matters against the Defendant. Counsel for the Defendant in this matter and the related matters is the same. Plaintiff's counsel asserts that they "are continuously in contact with each other regarding their related cases." Plaintiff's counsel further notes that he has no impediments to traveling to make scheduled appearances. Defendant's counsel does not object to the Court waiving the requirement for local counsel. Given counsel's familiarity with one another and having worked on numerous related matters, the Court determines that waiving the general rule

is appropriate.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application for the Court to Relieve Plaintiff from Specifying Local Counsel Pursuant to Local Rule 83.20(f)(1) [Docket No. 13, filed December 7, 2012] is **GRANTED**.

**IT IS SO ORDERED**.

Dated: December 28, 2012            s/ Denise Page Hood
                                    DENISE PAGE HOOD
                                    United States District Judge

I hereby certify that a copy of the forgoing document was sent to parties of record on December 28, 2012, electronically and/or by U.S. mail.

                                    s/ Michael Williams
                                    Relief Case Manager for the
                                    Honorable Denise Page Hood